UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | RAZO, CANDICE MARIE | § | Case No. 11-29744 |
|---|---|---|---|
|  |  | § |  |
|  |  | § |  |
| Debtor(s) |  | § |  |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 02/27/2013 in Courtroom 613, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/29/2013             By:    /s/Eugene Crane
                                           Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: RAZO, CANDICE MARIE § Case No. 11-29744
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 76,027.31 |
| *and approved disbursements of* | $ 10,412.46 |
| *leaving a balance on hand of* [1] | $ 65,614.85 |
| **Balance on hand:** | $ 65,614.85 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 65,614.85 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 7,051.37 | 0.00 | 7,051.37 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 12,110.00 | 0.00 | 12,110.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 46.25 | 0.00 | 46.25 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,104.00 | 0.00 | 1,104.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 20,311.62 |
| Remaining balance: | $ 45,303.23 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 45,303.23

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 45,303.23

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 249,731.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 4,294.55 | 0.00 | 779.06 |
| 2 | World Financial Network National Bank | 1,115.53 | 0.00 | 202.37 |
| 3 | American InfoSource LP as agent for Target | 2,879.17 | 0.00 | 522.30 |
| 4 | FIA CARD SERVICES, N.A. | 10,566.77 | 0.00 | 1,916.89 |
| 5 | Capital One, N.A | 1,452.20 | 0.00 | 263.44 |
| 6 | B-Line, LLC | 1,380.10 | 0.00 | 250.36 |
| 7 | Chase Bank USA, N.A. | 6,884.78 | 0.00 | 1,248.95 |
| 8 -2 | Capital One Bank (USA), by American InfoSource as agent | 1,138.96 | 0.00 | 206.62 |
| 9 | GE Capital Retail Bank | 2,137.83 | 0.00 | 387.82 |
| 10 | GE Capital Retail Bank | 154.82 | 0.00 | 28.09 |

UST Form 101-7-NFR (10/1/2010)

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | GE Capital Retail Bank | 9,991.72 | 0.00 | 1,812.57 |
| 12 | First Personal Bank | 198,017.20 | 0.00 | 35,921.78 |
| 13 | The PrivateBank and Trust Company | 2,551.14 | 0.00 | 462.80 |
| 14 | The PrivateBank and Trust Company | 2,583.53 | 0.00 | 468.67 |
| 15 | Ally Financial | 4,583.64 | 0.00 | 831.51 |

Total to be paid for timely general unsecured claims: $ 45,303.23
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/EUGENE CRANE
                                                        Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-29744-TAB
Candice Marie Razo                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: tmaurer              Page 1 of 3          Date Rcvd: Jan 30, 2013
                              Form ID: pdf006            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2013.
```
db         +Candice Marie Razo,    13836 S. 85th Avenue,    Orland Park, IL 60462-1608
aty        +Lois West,    Popowcer Katten, Ltd.,    35 East Wacker Drive,    Suite 1550,
             Chicago, IL 60601-2124
17564796   +Allstate Insurance Co.,    3075 Sanders Road H2E,    Northbrook IL 60062-7127
17564793   +American Sale,    PO Box 10475,    Des Moines IA 50306-0475
17564802   +Bank Card Services,    PO Box 4488,    Beaverton OR 97076-4402
17564799   +CP Management,    100 Tower Drive,    Burr Ridge IL 60527-5777
17564805   +Capital One,    PO Box 6492,    Carol Stream IL 60197-6492
17939577    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
17901071   +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
17564790    Chase,    PO Box 15153,    Wilmington DE 19886-5153
17933617    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17889734    FIA CARD SERVICES, N.A.,    (Bank of America, N.A.),    (MBNA America Bank, N.A.),    PO Box 15102,
             Wilmington, DE 19886-5102
17564807   +First Personal Bank,    c/o Deborah S. Ashen LTD,    217 N. Jefferson Street, Suite 601,
             Chicago IL 60661-1114
17840203   +First Personal Bank,    c/o Deborah S. Ashen,LTD,    217 N. Jefferson # 600,
             Chicago IL 60661-1114
17564798   +Hartford Insurance,    PO Box 2907,    Hartford CT 06104-2907
19927183    Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
17564797   +NTB,    Processing Center,    Des Moines IA 50364-0001
17840204   +Palos Community Hospital,    12251 S. 80th Avenue,    Palos Heights IL 60463-0930
17840205   +Palos Community Hospital,    c/o Harris & Harris LTD,    222 Merchandise Mart Plz,
             Chicago IL 60654-1103
17564801    Pitney Bowes,    PO Box 371874,    Pittsburgh PA 15250-7874
17564804   +Platinum Visa,    PO Box 15710,    Wilmington DE 19850-5710
17564795   #+The Private Bank,    PO Box 979,    Bloomfield Hills MI 48303-0979
18282253   +The PrivateBank and Trust Company,    120 S. LaSalle Street,    Chicago, IL 60603-3412
17840202    Victorias Secret,    P. O. Box 182125,    Columbus, OH 43218-2125
17840206   +WFNNB/Victoria Secret,    PO Box 182128,    Columbus OH 43218-2128
17564800   +Wells Fargo Bank,    PO Box 10475,    Des Moines IA 50306-0475
17564791    World Points,    PO Box 851001,    Dallas TX 75285-1001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17564803   +E-mail/Text: ally@ebn.phinsolutions.com Jan 31 2013 02:20:50      Ally Financial,    PO Box 380901,
             Bloomington MN 55438-0901
18310675   +E-mail/Text: ally@ebn.phinsolutions.com Jan 31 2013 02:20:50      Ally Financial,
             c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
17876812    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 31 2013 02:29:45
             American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
17926963    E-mail/Text: resurgentbknotifications@resurgent.com Jan 31 2013 02:14:38       B-Line, LLC,
             MS 550,    PO Box 91121,    Seattle, WA 98111-9221
17564806    E-mail/Text: mrdiscen@discoverfinancial.com Jan 31 2013 02:35:04      Discover card,    PO Box 30943,
             Salt Lake City UT 84130
17862522    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 31 2013 02:35:04      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18089414    E-mail/PDF: rmscedi@recoverycorp.com Jan 31 2013 02:32:12      GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17564794   +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2013 02:29:39      GE Money Bank,    PO Box 103104,
             Roswell GA 30076-9104
17840201   +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 31 2013 02:16:00      Kohls,    PO Box 2983,
             Milwaukee WI 53201-2983
19927184    E-mail/PDF: rmscedi@recoverycorp.com Jan 31 2013 02:32:13
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
17564792    E-mail/Text: bnc@ursi.com Jan 31 2013 02:22:01      Target Nat'l Bank,    c/o United Recovery Sys,
             PO Box 722929,    Houston TX 77272-2929
17869620    E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2013 03:07:50
             World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
             Kirkland, WA  98083-0788
                                                                                               TOTAL: 12
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1           User: tmaurer              Page 2 of 3              Date Rcvd: Jan 30, 2013
                               Form ID: pdf006            Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2013**               **Signature:**           *Joseph Speetjens*

```
District/off: 0752-1          User: tmaurer              Page 3 of 3                  Date Rcvd: Jan 30, 2013
                              Form ID: pdf006            Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2013 at the address(es) listed below:

```
              Deborah S Ashen    on behalf of Creditor    First Personal Bank dsa@ashenlaw.com
              Eugene  Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Eugene  Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Mary Ann C. Lyons    on behalf of Creditor    The PrivateBank and Trust Company
               maclyons@zenoffandzenoff.com,  azenoff@zenoffandzenoff.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul C Sheils    on behalf of Debtor Candice Marie Razo attorney@paulsheils.com
                                                                                             TOTAL: 6
```