**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RAZO, CANDICE MARIE § Case No. 11-29744
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $216,300.00　　　　　　　　Assets Exempt: $1,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $45,303.23　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $263,121.71

Total Expenses of Administration: $30,724.08

    3) Total gross receipts of $ 76,027.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $76,027.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $241,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 30,724.08 | 30,724.08 | 30,724.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 282,841.04 | 249,731.94 | 247,148.41 | 45,303.23 |
| **TOTAL DISBURSEMENTS** | $523,841.04 | $280,456.02 | $277,872.49 | $76,027.31 |

4) This case was originally filed under Chapter 7 on July 20, 2011. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/11/2013         By: /s/EUGENE CRANE
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Balance of buy-out of Allstate Agency | 1229-000 | 76,027.31 |
| **TOTAL GROSS RECEIPTS** | | **$76,027.31** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 4110-000 | 241,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$241,000.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 7,051.37 | 7,051.37 | 7,051.37 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 12,110.00 | 12,110.00 | 12,110.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 46.25 | 46.25 | 46.25 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,104.00 | 1,104.00 | 1,104.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 114.24 | 114.24 | 114.24 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 165.92 | 165.92 | 165.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 160.39 | 160.39 | 160.39 |
| The Bank of New York Mellon | 2600-000 | N/A | 144.56 | 144.56 | 144.56 |
| Illinois Department of Revenue | 2820-000 | N/A | 2,522.00 | 2,522.00 | 2,522.00 |
| United States Treasury | 2810-000 | N/A | 6,856.00 | 6,856.00 | 6,856.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 170.05 | 170.05 | 170.05 |
| The Bank of New York Mellon | 2600-000 | N/A | 149.07 | 149.07 | 149.07 |
| The Bank of New York Mellon | 2600-000 | N/A | 130.23 | 130.23 | 130.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $30,724.08 | $30,724.08 | $30,724.08 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 4,009.24 | 4,294.55 | 4,294.55 | 787.21 |
| 2 | World Financial Network National Bank | 7100-000 | 1,115.00 | 1,115.53 | 1,115.53 | 204.48 |
| 3 | American InfoSource LP as agent for Target | 7100-000 | 1,727.50 | 2,879.17 | 2,879.17 | 527.76 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 10,566.77 | 10,566.77 | 1,936.93 |
| 5 | Capital One,N.A | 7100-000 | N/A | 1,452.20 | 1,452.20 | 266.19 |
| 6 | B-Line, LLC | 7100-000 | N/A | 1,380.10 | 1,380.10 | 252.98 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | | | | |
|---|---|---|---|---|---|---|
| 7 | Chase Bank USA, N.A. | 7100-000 | 6,884.78 | 6,884.78 | 6,884.78 | 1,262.01 |
| 8 -2 | Capital One Bank (USA), by American InfoSource as agent | 7100-000 | 1,547.66 | 1,138.96 | 1,138.96 | 208.78 |
| 9 | Midland Funding LLC, by its agent | 7100-000 | N/A | 2,137.83 | 2,137.83 | 391.87 |
| 10 | Midland Funding LLC by its agent | 7100-000 | N/A | 154.82 | 154.82 | 28.38 |
| 11 | Midland Funding LLC by its agent | 7100-000 | N/A | 9,991.72 | 9,991.72 | 1,831.52 |
| 12 | First Personal Bank | 7100-000 | 196,395.00 | 198,017.20 | 198,017.20 | 36,297.29 |
| 13 | The PrivateBank and Trust Company | 7100-000 | 3,001.49 | 2,551.14 | 2,551.14 | 467.63 |
| 14 | The PrivateBank and Trust Company | 7100-000 | N/A | 2,583.53 | 0.00 | 0.00 |
| 15 | Ally Financial | 7100-000 | 6,883.84 | 4,583.64 | 4,583.64 | 840.20 |
| NOTFILED | CP Management | 7100-000 | 16,882.74 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 1,889.00 | N/A | N/A | 0.00 |
| NOTFILED | Hartford Insurance | 7100-000 | 401.00 | N/A | N/A | 0.00 |
| NOTFILED | NTB | 7100-000 | 1,547.66 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank | 7100-000 | 9,956.72 | N/A | N/A | 0.00 |
| NOTFILED | AllState Insurance Co. | 7100-000 | 375.62 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes | 7100-000 | 209.79 | N/A | N/A | 0.00 |
| NOTFILED | Bank Card Services | 7100-000 | 1,257.26 | N/A | N/A | 0.00 |
| NOTFILED | Palos Community Hospital | 7100-000 | 118.99 | N/A | N/A | 0.00 |
| NOTFILED | Palos Community Hospital | 7100-000 | 1,013.59 | N/A | N/A | 0.00 |
| NOTFILED | Palos Community Hospital | 7100-000 | 391.00 | N/A | N/A | 0.00 |
| NOTFILED | Victoria's Secret | 7100-000 | 1,683.33 | N/A | N/A | 0.00 |
| NOTFILED | Platinum Visa | 7100-000 | 13,701.40 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Sale | 7100-000 | 1,770.27 | N/A | N/A | 0.00 |
| NOTFILED | World Points | 7100-000 | 10,078.16 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $282,841.04 | $249,731.94 | $247,148.41 | $45,303.23 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-29744  
**Case Name:** RAZO, CANDICE MARIE

**Period Ending:** 04/11/13

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 07/20/11 (f)  
**§341(a) Meeting Date:** 08/17/11  
**Claims Bar Date:** 12/29/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Residence -13836 S. 85th Avenue Orland Park IL  Orig. Asset Memo: Imported from original petition Doc# 1 | 215,000.00 | 0.00 | DA | 0.00 | FA |
| 2  Cash  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 3  The Private Bank Checking account  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 4  Bank of America Checking account  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 5  Household goods and furnishings  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 6  Wearing Apparel  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7  Balance of buy-out of Allstate Agency  (u) | 70,000.00 | 70,000.00 | | 76,027.31 | FA |
| 7  Assets   Totals (Excluding unknown values) | **$286,300.00** | **$70,000.00** | | **$76,027.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

08/17: Debtor did not disclose buyout proceeds from her insurance agency

12/31/11: First Personal Bank has til 1/10/12 to respond to Trustee's motion for turnover of funds in Debtor's bank account; Trustee response due 1/20/12.

08/2012: Accountant retained, sent docs for tax preparation (dk)

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012        **Current Projected Date Of Final Report (TFR):**   January 8, 2013  (Actual)

Printed: 04/11/2013 04:20 PM   V.13.11

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-29744  
**Case Name:** RAZO, CANDICE MARIE  
**Taxpayer ID #:** **-***5561  
**Period Ending:** 04/11/13

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****759165 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 65,614.85 | | 65,614.85 |
| 02/27/13 | 11003 | EUGENE CRANE | Dividend paid 100.00% on $7,051.37, Trustee Compensation; Reference: | 2100-000 | | 7,051.37 | 58,563.48 |
| 02/27/13 | 11004 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $12,110.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 12,110.00 | 46,453.48 |
| 02/27/13 | 11005 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $46.25, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 46.25 | 46,407.23 |
| 02/27/13 | 11006 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,104.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,104.00 | 45,303.23 |
| 02/27/13 | 11007 | Discover Bank | Dividend paid 18.33% on $4,294.55; Claim# 1; Filed: $4,294.55; Reference: | 7100-000 | | 787.21 | 44,516.02 |
| 02/27/13 | 11008 | World Financial Network National Bank | Dividend paid 18.33% on $1,115.53; Claim# 2; Filed: $1,115.53; Reference: | 7100-000 | | 204.48 | 44,311.54 |
| 02/27/13 | 11009 | American InfoSource LP as agent for Target | Dividend paid 18.33% on $2,879.17; Claim# 3; Filed: $2,879.17; Reference: | 7100-000 | | 527.76 | 43,783.78 |
| 02/27/13 | 11010 | FIA CARD SERVICES, N.A. | Dividend paid 18.33% on $10,566.77; Claim# 4; Filed: $10,566.77; Reference: | 7100-000 | | 1,936.93 | 41,846.85 |
| 02/27/13 | 11011 | Capital One,N.A | Dividend paid 18.33% on $1,452.20; Claim# 5; Filed: $1,452.20; Reference: | 7100-000 | | 266.19 | 41,580.66 |
| 02/27/13 | 11012 | B-Line, LLC | Dividend paid 18.33% on $1,380.10; Claim# 6; Filed: $1,380.10; Reference: | 7100-000 | | 252.98 | 41,327.68 |
| 02/27/13 | 11013 | Chase Bank USA, N.A. | Dividend paid 18.33% on $6,884.78; Claim# 7; Filed: $6,884.78; Reference: | 7100-000 | | 1,262.01 | 40,065.67 |
| 02/27/13 | 11014 | Capital One Bank (USA), by American InfoSource as agent | Dividend paid 18.33% on $1,138.96; Claim# 8-2; Filed: $1,138.96; Reference: | 7100-000 | | 208.78 | 39,856.89 |
| 02/27/13 | 11015 | Midland Funding LLC, by its agent | Dividend paid 18.33% on $2,137.83; Claim# 9; Filed: $2,137.83; Reference: | 7100-000 | | 391.87 | 39,465.02 |
| 02/27/13 | 11016 | Midland Funding LLC by its agent | Dividend paid 18.33% on $154.82; Claim# 10; Filed: $154.82; Reference: | 7100-000 | | 28.38 | 39,436.64 |
| 02/27/13 | 11017 | Midland Funding LLC by its agent | Dividend paid 18.33% on $9,991.72; Claim# 11; Filed: $9,991.72; Reference: | 7100-000 | | 1,831.52 | 37,605.12 |
| 02/27/13 | 11018 | First Personal Bank | Dividend paid 18.33% on $198,017.20; Claim# 12; Filed: $198,017.20; Reference: | 7100-000 | | 36,297.29 | 1,307.83 |
| 02/27/13 | 11019 | The PrivateBank and Trust Company | Dividend paid 18.33% on $2,551.14; Claim# 13; Filed: $2,551.14; Reference: | 7100-000 | | 467.63 | 840.20 |
| 02/27/13 | 11020 | Ally Financial | Dividend paid 18.33% on $4,583.64; Claim# | 7100-000 | | 840.20 | 0.00 |

Subtotals : $65,614.85  $65,614.85

{} Asset reference(s)  
Printed: 04/11/2013 04:20 PM  V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-29744  
**Case Name:** RAZO, CANDICE MARIE  

**Taxpayer ID #:** **-***5561  
**Period Ending:** 04/11/13  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****759165 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 15; Filed: $4,583.64; Reference: | | | | |
| | | | ACCOUNT TOTALS | | 65,614.85 | 65,614.85 | $0.00 |
| | | | Less: Bank Transfers | | 65,614.85 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **65,614.85** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$65,614.85** | |

{} Asset reference(s)

Printed: 04/11/2013 04:20 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-29744 | | Trustee: | EUGENE CRANE (330350) |
| Case Name: | RAZO, CANDICE MARIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******01-65 - Checking Account |
| Taxpayer ID #: | **-***5561 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/11/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/06/12 | {7} | Allstate Insurance | Liquidation of buyout proceeds | 1229-000 | 76,027.31 | | 76,027.31 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 114.24 | 75,913.07 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 165.92 | 75,747.15 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 160.39 | 75,586.76 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 144.56 | 75,442.20 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 170.05 | 75,272.15 |
| 11/09/12 | 1001 | Illinois Department of Revenue | 2012 IL Form 1041-V \<br>FEIN# 37-6515561 | 2820-000 | | 2,522.00 | 72,750.15 |
| 11/09/12 | 1002 | United States Treasury | 2012 Form 1041 \<br>FEIN# 37-6515561 | 2810-000 | | 6,856.00 | 65,894.15 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 149.07 | 65,745.08 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 130.23 | 65,614.85 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033035088 20130103 | 9999-000 | | 65,614.85 | 0.00 |
| | | | ACCOUNT TOTALS | | 76,027.31 | 76,027.31 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 65,614.85 | |
| | | | Subtotal | | 76,027.31 | 10,412.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $76,027.31 | $10,412.46 | |

Net Receipts : 76,027.31

Net Estate : $76,027.31

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****759165 | 0.00 | 65,614.85 | 0.00 |
| Checking # 9200-******01-65 | 76,027.31 | 10,412.46 | 0.00 |
| | $76,027.31 | $76,027.31 | $0.00 |

{} Asset reference(s)                                                                                         Printed: 04/11/2013 04:20 PM   V.13.11